No. 94. BURAK *v.* UNITED STATES. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Theodore S. Turner* for petitioner. No appearance for the United States.

No. 189. BERNARDS ET AL. *v.* JOHNSTON ET AL. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Martin J. Bernards* and *Lena Bernards, pro se.* Messrs. *H. G. Platt* and *William L. Brewster* for respondents.

No. 233. LARGE *v.* METROPOLITAN LIFE INSURANCE Co. October 23, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Herbert Large, pro se.* No appearance for respondent.

No. 234. WHARTON ET AL. *v.* SHENANDOAH PUBLISHING HOUSE ET AL. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Annie R. Wharton* and *M. Elston Wharton, pro se.* No appearance for respondents.

No. 284. HILL *v.* TOPEKA MORRIS PLAN. October 23, 1939. Petition for writ of certiorari to the Circuit Court